UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAUREN HUGHES,

        Plaintiff,

    v.

APPLE, INC.,

        Defendant.

Case No.  26-cv-03974-SVK

**ORDER OF RECUSAL**

      This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

      **SO ORDERED.**

Dated: May 4, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California